**Fred CHERRY and Alan CHARMATZ, Plaintiffs-Appellants,**

v.

**The POSTMASTER GENERAL OF the UNITED STATES, Defendant-Appellee.**

No. 549, Docket 71-2037.

United States Court of Appeals, Second Circuit.

Argued June 5, 1972.

Decided June 9, 1972.

Fred Cherry, Alan Charmatz, pro se.

Gerald A. Rosenberg, Asst. U. S. Atty. (Whitney North Seymour, Jr., U. S. Atty. for Southern District of New York, and T. Gorman Reilly, Asst. U. S. Atty., of counsel), for defendant-appellee.

Before FRIENDLY, Chief Judge, and LUMBARD and MULLIGAN, Circuit Judges.

PER CURIAM:

The order is affirmed on the basis of Judge Gurfein's well-considered opinion. 332 F.Supp. 785 (S.D.N.Y.1971).

**GREENVILLE SHIPBUILDING CORP. et al., Plaintiffs-Appellants,**

v.

**The HARTFORD ACCIDENT & INDEMNITY COMPANY, Defendant-Appellee.**

No. 71-3629.

United States Court of Appeals, Fifth Circuit.

June 20, 1972.

J. Murray Akers, Robertshaw, Merideth & Swank, Greenville, Miss., for plaintiffs-appellants.

James L. Robertson, Greenville, Miss., for defendant-appellee.

Before WISDOM and INGRAHAM, Circuit Judges, and BOOTLE, District Judge *.

PER CURIAM:

We are in agreement with the well reasoned opinion of the district court, Greenville Shipbuilding Corp. v. Hartford Acc. & Ind. Co., 334 F.Supp. 1228 (1971), and its judgment is affirmed.

**Roberto Power BENTHIEN, Petitioner-Appellant,**

v.

**James HENDERSON, Warden, U. S. Penitentiary, Respondent-Appellee.**

No. 72-1553

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 9, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21;[1] Accardi v. Blackwell, 5th Cir., 1969, 412 F.2d 911; Johnson v. United States, 5th Cir., 1971, 447 F.2d 516; Owensby v. Clark, 5th Cir., 1971, 451 F.2d 206.

---

* Hon. W. A. Bootle, U. S. District Judge, sitting by designation.

** Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.